UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALVATORE TAGLIARENI, DERIVATIVELY ON BEHALF OF FEDEX CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DAVID J. BRONCZEK, DAVID L. CUNNINGHAM, DONALD F. COLLERAN, JOHN A. EDWARDSON, MARVIN R. ELLISON, ALAN B. GRAF JR., J.R. SHIRLEY ANN JACKSON, BRAD MARTIN, JOSHUA COOPER RAMO, SUSAN C. SCHWAB, FREDERICK W. SMITH, DAVID P. STEINER, RAJESH SUBRAMANIAM, PAUL S. WALSH, MICHAEL C. LENZ KIMBERLY A. JABAL, JAMES L. BARKSDALE AND JOHN C. INGLIS, <br><br> Defendants, <br><br> -and- <br><br> FEDEX CORPORATION, <br><br> Nominal Defendant. | Civ. Action. No. 19-cv-8723 |

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/19

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)**

Salvatore Tagliareni ("Plaintiff"), by and through his attorneys of record, hereby gives notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1), he voluntarily dismisses this action, without prejudice, and further states as follows:

WHEREAS, Plaintiff filed his initial complaint on September 19, 2019; and

WHEREAS, Plaintiff was informed by counsel for the Nominal Defendant FedEx Corporation that it was asserting the provision in its by-laws designating the United States District

1

Court for the District of Delaware or the Court of Chancery of the State of Delaware as the exclusive venue for, among other things, any derivative action or proceeding brought on behalf of the corporation; and

WHEREAS, Plaintiff is filing this notice of dismissal before any Defendant has been served with process, served an answer or moved for summary judgment; and

WHEREAS, Plaintiff intends for this dismissal to be without prejudice; and

WHEREAS Plaintiff has not entered into any agreement with any Defendant concerning the voluntary dismissal of his claims, nor have Plaintiff or his Counsel received any consideration in connection with this dismissal; and

WHEREAS, notice need not be disseminated to the shareholders of FedEx because they will not be bound in any way by the without prejudice dismissal of this Action;

ACCORDINGLY, Plaintiff hereby voluntarily this action, without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure

October 23, 2019

LEVI & KORSINSKY, LLP

By: /s/Mark Levine
Mark Levine (mlevine@zlk.com)
Eduard Korsinsky (ek@zlk.com)
Gregory Nespole (gnespole@zlk.com)
55 Broadway, 10th Floor
New York, NY 10006
(212) 363-7500 (phone)
(212) 363-7171 (fax)

*Attorneys for Plaintiff*

SO ORDERED.

Hon. Ronnie Abrams
10/23/2019